## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JEROME H. RANDOLPH

VERSUS

DEPARTMENT OF THE NAVY

CIVIL ACTION

21-382-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations[1]* of United States Magistrate Judge Richard L. Bourgeois, Jr., dated July 13, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the BCNR's Motion to Dismiss pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure (R. Doc. 12), be GRANTED and this matter be dismissed with prejudice.

Signed in Baton Rouge, Louisiana the 9 day of August, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 18.